

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-17-00579-CV

Lee **ROBIN**,
Appellant

v.

**M & T BANK CORPORATION**,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CI19825
Honorable Laura Salinas, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. It is ORDERED that appellee M & T Bank Corporation recover its costs of this appeal from appellant Lee Robin.

SIGNED December 12, 2018.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice